UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26cv00247 CAS (SPx)                                        Date: March 6, 2026

Title    *FIDEL BENITEZ COLIN v. CRASH CHAMPIONS, LLC; ET AL.*

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) – ORDER TO SHOW CAUSE**

        **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **March 27, 2026**, why this action should not be dismissed for lack of prosecution **as to defendant JOHN PAUL CRONE, only.**

        In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

        Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendant JOHN PAUL CRONE** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |